

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM T. TRAN,<br><br>                          Plaintiff,<br><br>      vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>                          Defendants. | Case No.: 3:20-cv-00604-BEN-WVG<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br>[Doc. 16] |

The Court has reviewed Plaintiff's Motion to Substitute Attorney. The Motion is hereby **GRANTED**. Plaintiff's former counsel of record, John Dalimonte, Paul L. Stoller, and Teresa Toriseva, are substituted with Plaintiff's new counsel of record, Gregory D. Rueb of Dalimonte Rueb Stoller LLP. The Clerk of Court shall remove Mr. Dalimonte, Mr. Stoller, and Ms. Toriseva as counsel of record and terminate their receipt of e-Filings.

**IT IS SO ORDERED.**

Date: September __/2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1

3:20-cv-00604-BEN-WVG